RECEIVED
APR 1 9 2022
CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 4:22-cr-051 |
| v. | INDICTMENT |
| KENNETH QUINTON CROSBY, | T. 18 U.S.C. § 922(a)(6) |
| | T. 18 U.S.C. § 922(g)(3) |
| Defendant. | T. 18 U.S.C. § 924(a)(1)(A) |
| | T. 18 U.S.C. § 924(a)(2) |
| | T. 18 U.S.C. § 924(d) |
| | T. 28 U.S.C. § 2461(c) |

**THE GRAND JURY CHARGES:**

## COUNT 1
### (False Statement During Purchase of a Firearm)

On or about November 3, 2020, in the Southern District of Iowa, the defendant, KENNETH QUINTON CROSBY, in connection with the acquisition of a firearm, namely: a Glock, Model 19 Gen 5, nine-millimeter pistol, with serial number BRFH974, from Jacobson's Gun Center, a licensed dealer of firearms, knowingly made a false and fictitious written statement which was intended and likely to deceive the licensed dealer as to a fact material to the lawfulness of the acquisition of said firearm. Specifically, the defendant falsely represented on Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, that (1) his address was "512 E 18th St.," Carroll, Iowa, and (2) in response to Question 21.e, he was not an unlawful user of, or addicted to, marijuana or any other controlled substance.

This is a violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

1

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 2
### (False Statement During Purchase of a Firearm)

On or about November 3, 2020, in the Southern District of Iowa, the defendant, KENNETH QUINTON CROSBY, knowingly made a false statement and representation to Jacobson's Gun Center, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Jacobson's Gun Center. Specifically, the defendant falsely represented on Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, that (1) his address was "512 E 18th St.," Carroll, Iowa, and (2) in response to Question 21.e, he was not an unlawful user of, or addicted to, marijuana or any other controlled substance.

This is a violation of Title 18, United States Code, Section 924(a)(1)(A).

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNT 3**</u>
**(False Statement During Purchase of a Firearm)**

On or about March 30, 2021, in the Southern District of Iowa, the defendant, KENNETH QUINTON CROSBY, in connection with the acquisition of a firearm, namely: a Glock, Model 45, nine-millimeter pistol, with serial number BSFA252, from Jacobson's Gun Center, a licensed dealer of firearms, knowingly made a false and fictitious written statement which was intended and likely to deceive the licensed dealer as to a fact material to the lawfulness of the acquisition of said firearm. Specifically, the defendant falsely represented on Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, that (1) his address was "512 E 18th St.," Carroll, Iowa, and (2) in response to Question 21.e, he was not an unlawful user of, or addicted to, marijuana or any other controlled substance.

This is a violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 4
**(False Statement During Purchase of a Firearm)**

On or about March 30, 2021, in the Southern District of Iowa, the defendant, KENNETH QUINTION CROSBY, knowingly made a false statement and representation to Jacobson's Gun Center, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Jacobson's Gun Center. Specifically, the defendant falsely represented on Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, that (1) his address was "512 E 18th St.," Carroll, Iowa, and (2) in response to Question 21.e, he was not an unlawful user of, or addicted to, marijuana or any other controlled substance.

This is a violation of Title 18, United States Code, Section 924(a)(1)(A).

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 5**
**(False Statement During Purchase of a Firearm)**

On or about March 31, 2021, in the Southern District of Iowa, the defendant, KENNETH QUINTON CROSBY, in connection with the acquisition of a firearm, namely, one or more of the following: a F.N., Model 509 C, nine-millimeter Luger pistol, with serial number GKS0139589, and a F.N., Model 509 C, nine-millimeter Luger pistol, with serial number GKS0153802, from Jacobson's Gun Center, a licensed dealer of firearms, knowingly made a false and fictitious written statement which was intended and likely to deceive the licensed dealer as to a fact material to the lawfulness of the acquisition of said firearm. Specifically, the defendant falsely represented on Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, that (1) his address was "512 E 18th St.," Carroll, Iowa, and (2) in response to Question 21.e, he was not an unlawful user of, or addicted to, marijuana or any other controlled substance.

This is a violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 6**
**(False Statement During Purchase of a Firearm)**

On or about March 31, 2021, in the Southern District of Iowa, the defendant, KENNETH QUINTON CROSBY, knowingly made a false statement and representation to Jacobson's Gun Center, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Jacobson's Gun Center. Specifically, the defendant falsely represented on Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, that (1) his address was "512 E 18th St.," Carroll, Iowa, and (2) in response to Question 21.e, he was not an unlawful user of, or addicted to, marijuana or any other controlled substance.

This is a violation of Title 18, United States Code, Section 924(a)(1)(A).

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 7**
**(False Statement During Purchase of a Firearm)**

On or about April 1, 2021, in the Southern District of Iowa, the defendant, KENNETH QUINTON CROSBY, in connection with the acquisition of a firearm, namely: a Pioneer Arms, Model Hell Pup, 7.62x39-millimeter pistol, with serial number PAC1136946, from Jacobson's Gun Center, a licensed dealer of firearms, knowingly made a false and fictitious written statement which was intended and likely to deceive the licensed dealer as to a fact material to the lawfulness of the acquisition of said firearm. Specifically, the defendant falsely represented on Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, that (1) his address was "512 E 18th St.," Carroll, Iowa, and (2) in response to Question 21.e, he was not an unlawful user of, or addicted to, marijuana or any other controlled substance.

This is a violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 8</u>
**(False Statement During Purchase of a Firearm)**

On or about April 1, 2021, in the Southern District of Iowa, the defendant, KENNETH QUINTON CROSBY, knowingly made a false statement and representation to Jacobson's Gun Center, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Jacobson's Gun Center. Specifically, the defendant falsely represented on Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, that (1) his address was "512 E 18th St.," Carroll, Iowa, and (2) in response to Question 21.e, he was not an unlawful user of, or addicted to, marijuana or any other controlled substance.

This is a violation of Title 18, United States Code, Section 924(a)(1)(A).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 9
**(Unlawful User in Possession of a Firearm)**

On or about February 9, 2022, in the Southern District of Iowa, the defendant, KENNETH QUINTON CROSBY, in and affecting commerce, knowingly possessed a firearm, namely, one or more of the following:

1. a loaded Glock, Model 19 Gen 5, nine-millimeter pistol, with serial number BRFH974,
2. a Pioneer Arms, Model Hell Pup, 7.62x39-millimeter pistol, with serial number PAC1136946,
3. a Glock, Model 43, nine-millimeter pistol, with serial number AFAR483, and
4. a loaded F.N., Model 509 C, nine-millimeter Luger pistol, with serial number GKS0139589.

At the time of the offense, the defendant knew he was an unlawful user of or addicted to a controlled substance.

This is a violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

**THE GRAND JURY FINDS:**

## NOTICE OF FORFEITURE

Upon conviction for the offense(s) alleged in Counts 1, 2, 3, 4, 5, 6, 7, 8, and/or 9 of this Indictment, the defendant, KENNETH QUINTON CROSBY, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms, magazines, and ammunition involved in the commission of said offenses, including, but not limited to, the firearms and ammunition identified in Counts 1 through 9 of this Indictment.

This is pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

**A TRUE BILL.**

_____
FOREPERSON

Richard D. Westphal
United States Attorney

By: _____
Kyle J. Essley
Assistant United States Attorney